IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| QIUPING HU, | * | |
| Petitioner, | * | |
| v. | | Case No. 7:26-cv-283 (WLS-AGH) |
| | * | |
| WARDEN, IRWIN COUNTY DETENTION CENTER, | * | |
| Respondent. | * | |

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated October 14, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 16th day of October, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk